IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VAUGHN S. RIMA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. 2:07-CV-0386-JPH<br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings, including the following: the administrative law judge (ALJ) will re-evaluate the Plaintiff's subjective complaints providing specific reasons for the credibility finding supported by substantial evidence and sufficiently specific to make clear the weight given to Plaintiff's statements and the reasons for that weight; further consideration to Plaintiff's maximum RFC providing rationale with specific references to evidence of record; obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations; and identify and

Page 1     ORDER - [2:07-CV-0386-JPH]

resolve any conflicts between the occupational evidence provided by the vocational expert and Dictionary of Occupational Titles pursuant to SSR 00-4p.

This remand is pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

DATED this 14th day of July, 2008.

s/ James P. Hutton

JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ THOMAS M. ELSBERRY WSB # 26456
Special Assistant United States Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, WA 98104-7075
 Telephone (206) 615-2112
 FAX (206) 615-253-2531
thomas.elsberry@ssa.gov