1

2                    **UNITED STATES DISTRICT COURT**

3                    **EASTERN DISTRICT OF WASHINGTON**

4

5   VAUGHN S. RIMA,                    )
                                       )
6              Plaintiff,              )
                                       )        NO.  CV-07-0386-JPH
7        vs.                           )
                                       )        **JUDGMENT IN A**
8   MICHAEL J. ASTRUE,                 )        **CIVIL CASE**
    Commissioner of Social Security,   )
9                                      )
               Defendant.              )
10                                     )
    _____)

11

12      **STIPULATION BY THE PARTIES:**

13      The parties have stipulated to the remand of the captioned matter pursuant

14  to sentence four of 42 U.S.C. § 405(g).

15      **IT IS ORDERED AND ADJUDGED** that:

16      The matter is **REMANDED** for additional proceedings pursuant to sentence

17  four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be

18  **CLOSED.**

19      DATED this 14th day of July, 2008.

20                              JAMES R. LARSEN
                                District Court Executive/Clerk
21

22

23                              by: __s/Karen White_____
                                        Deputy Clerk
24

25

26  cc: all counsel